**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil case No. 19-cr-00112-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SHENQIANG HE

        Defendant.

---

**DEFENDANT HE'S UNOPPOSED MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING SET FOR OCTOBER 23, 2019 AT 1:30 P.M.**

---

**COMES NOW** Defendant, through his counsel of record, Adam M. Tucker, Esq and hereby respectfully moves this Honorable Court for an order continuing the Change of Plea Hearing currently set for **October 23, 2019 at 1:30 p.m.** As grounds therefore, the Defendant respectfully represents:

    1.    The October 23, 2019 Change of Plea Setting is a first-time setting based on the Defendant's Notice of Disposition filed October 3, 2019 **[Doc. No 27]**.

    2.    The Plea documents were presented by counsel to Defendant for his review. Undersigned counsel has communicated with Defendant in English since the inception of this case. In addition, counsel has previously reviewed the plea documents with Defendant. However, upon close review today in anticipation of tomorrow's hearing, it appeared to counsel, and was confirmed by Defendant, that Defendant was struggling to fully understand the documents during his review.

3. In order to allow Defendant to fully understand and consent to the plea documents, Counsel needs additional time to address the documents with the client through a certified Mandarin interpreter. Counsel estimated that this can be accomplished within 2-3 weeks.

3. Counsel for the Government, Aaron Teitelbaum, has been consulted regarding Defendant's Motion and does not oppose the requested relief.

WHEREFORE, Defendant respectfully requests that the Change of Plea hearing set for **October 23, 2019 at 1:30 p.m.** be continued to a date and time convenient for the Court and the parties, plus such further relief as this Court deems just and equitable.

Dated this 22nd day of October, 2019.

Respectfully Submitted,

*/s/Adam M. Tucker*_____
ADAM M. TUCKER
*Attorney for Defendant Shenqiang He*
*1775 Sherman Street #1650*
*Denver CO 80203*
Telephone: 720-355-2522
adam@tucker.law

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October 2019 a true and correct copy of the foregoing **MOTION** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

>    *lslAdam M. Tucker*
>    ADAM M. TUCKER
>    *Attorney for the Defendant Shenqiang He*